United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40821
Conference Calendar
_____

UNITED STATES OF AMERICA,

                         Plaintiff-Appellee,

versus

JORGE ARMANDO ROMERO-MARTINEZ,

                         Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-23-1
--------------------

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Jorge Armando Romero-Martinez appeals his illegal reentry

conviction.  Romero concedes that the issue whether the "felony"

and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1)&(2)

are unconstitutional in light of Apprendi v. New Jersey, 530 U.S.

466 (2000), is foreclosed by Almendarez-Torres v. United States,

523 U.S. 224 (1998), and he raises it solely to preserve its

further review by the Supreme Court.  Apprendi did not overrule

Almendarez-Torres.  See Apprendi, 530 U.S. at 489-90.  This court

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

must therefore follow the precedent set in <u>Almendarez-Torres</u> "unless and until the Supreme Court itself determines to overrule it." <u>See United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000) (internal quotation and citation omitted).

AFFIRMED.